UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN KEETON, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:18-CV-1876-G |
| FOUNDATION ENERGY MANAGEMENT, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' joint Rule 41 dismissal with prejudice (docket entry 41), in which the parties stipulate that this lawsuit shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

It is therefore **ORDERED** that all claims which were asserted or could have been asserted by the plaintiff against the defendant in this lawsuit are hereby **DISMISSED** with prejudice to the refiling of same, and each party shall bear its own costs of court. This order dismisses all claims and disposes of all matters pending in this lawsuit.

**SO ORDERED.**

December 16, 2020.

_____
**A. JOE FISH**
**Senior United States District Judge**